```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 30619
   MICHAEL D LLOYD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9579


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/04/2005 and was confirmed 10/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
SAXON MORTGAGE             CURRENT MORTG         .00         .00           .00
SAXON MORTGAGE             MORTGAGE ARRE    2403.40          .00       2403.40
SAXON MORTGAGE             NOTICE ONLY    NOT FILED          .00           .00
AFNI                       UNSEC W/INTER     321.14        27.36        321.14
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       205.20                     205.20
TOM VAUGHN                 TRUSTEE                                      161.68
DEBTOR REFUND              REFUND                                     7,826.35

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             10,945.13

PRIORITY                                           .00
SECURED                                       2,403.40
UNSECURED                                       321.14
    INTEREST                                     27.36
ADMINISTRATIVE                                  205.20
TRUSTEE COMPENSATION                            161.68
DEBTOR REFUND                                 7,826.35
                    --------------        --------------
TOTALS              10,945.13                10,945.13




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 30619 MICHAEL D LLOYD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08                    /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE